UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO.: 1:23-CV-22080-RKA

MARIA HAMLIN

    Plaintiff,

vs.

CARNIVAL CORPORATION
d/b/a Carnival Cruise Line,

    Defendant.
_____/

## MEDIATION REPORT

MICHAEL P. ESSINGTON, ESQUIRE, the undersigned Certified Mediator reports to this Honorable Court as follows:

A.     Mediation was held on January 11, 2024 at 2:00 p.m.

       ☐     An agreement was reached with all parties.

       *X*     No agreement was reached, impasse declared.

       ☐     The parties wish to adjourn the mediation.

B.     All counsel and parties participated.

## CERTIFICATE OF SERVICE

THE UNDERSIGNED MEDIATOR HEREBY CERTIFIES that on the 11th Day of January 2024, I electronically filed with the Clerk of this Court using CM/ECF this Notice of Mediation and also to all counsel of record on the attached Service List in the manner specified pursuant to CM/ECF Administrative Procedure.

    /s/ *Michael P. Essington*
MICHAEL P. ESSINGTON, ESQ.
Florida Bar No.: 019127
Michael P. Essington, P.A.
1221 Brickell Avenue, Suite 2400
Miami, Florida 33131
(T)305-347-5678

      (F)305-347-5676
      (C)305-282-1783
      michael.essington@yahoo.com

## SERVICE LIST

| **Michael C. Black** | **David J. Horr** |
|---|---|
| Florida Bar No.: 0056162 | Florida Bar No.: 310761 |
| **mblack@marlaw.com** | **dhorr@admiral-law.com** |
| MICHAEL C. BLACK, P.A. | **JUAN C. PEREZ, JR.** |
| Dadeland Square at the Greenery Mall | Florida Bar No.: 91581 |
| 7700 N. Kendall Drive, Suite 505 | **jperez@admiral-law.com** |
| Miami, FL 33156 | **LOURDES M. CARDELLE** |
| Telephone: (305) 271-8301 | Florida Bar No.: 1039886 |
| Facsimile: (305) 271-8302 | **lcardelle@admiral-law.com** |
| *Attorneys for Plaintiff* | HORR, SKIPP & PEREZ, P.A. |
| | Two Datran Center, Suite 1700 |
| **Thomas Scolaro** | 9130 South Dadeland Boulevard |
| Florida Bar No.: 178276 | Miami, FL 33156 |
| scolaro@leesfield.com | Telephone: (305) 670-2525 |
| **Evan M. Robinson** | Facsimile: (305) 670-2526 |
| Florida Bar No.: 1031473 | *Attorneys for Defendant* |
| robinson@leesfield.com | |
| LEESFIELD SCOLARO, P.A. | |
| 2350 South Dixie Highway | |
| Miami, FL 33133 | |
| Telephone: (305) 854-4900 | |
| Facsimile: (305) 854-8266 | |
| *Attorneys for Plaintiff* | |