CASE NO.: 23-cv-22080-BECERRA/REID
Page 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 23-cv-22080-BECERRA/REID

MARIA HAMLIN,

    Plaintiff,

vs.

CARNIVAL CORPORATION d/b/a
CARNIVAL CRUISE LINES,

    Defendant.
_____/

## **DEFENDANT'S NOTICE OF HEARING**

PLEASE TAKE NOTE that a discovery hearing will be held before the Honorable Lisette M. Reid, United States Magistrate Judge, on **Wednesday, April 3, 2024, at 9:30 a.m.**, or as soon thereafter as may be heard, on the following matters:

**1.     The Parties dispute Plaintiff taking the depositions of Bonnie Pagan and Barabara Thomas.**

## **LOCAL RULE 7.1 CERTIFICATION**

Pursuant to S.D. Fla. L. R. 7.1(a)(3), counsel for Defendant certifies that they have conferred with counsel for Plaintiff in a good faith effort to resolve the issues raised without Court intervention but was unable to do so.

Dated: March 27, 2024.

                        Respectfully submitted,

                        */s/ Henry A. Yaniz*_____
                        **DAVID J. HORR**
                        Florida Bar No. 310761
                        **dhorr@admiral-law.com**

CASE NO.: 23-cv-22080-BECERRA/REID<br>
Page 2

>  **JUAN C. PEREZ, JR.**
>  Florida Bar No. 91581
>  [jperez@admiral-law.com](mailto:jperez@admiral-law.com)
>  **LOURDES M. CARDELLE**
>  Florida Bar No. 1039886
>  [lcardelle@admiral-law.com](mailto:lcardelle@admiral-law.com)
>  **HENRY A. YANIZ**
>  Florida Bar No.: 1049169
>  [hyaniz@admiral-law.com](mailto:hyaniz@admiral-law.com)
>  HORR, SKIPP & PEREZ, P.A.
>  Two Datran Center, Suite 1700
>  9130 South Dadeland Boulevard
>  Miami, FL 33156
>  Telephone: (305) 670-2525
>  Facsimile: (305) 670-2526
>  *Attorneys for Defendant*

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that on March 27, 2024, we electronically filed the foregoing document with the Clerk of the Court using CM/ECF. We also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronic Notices of Electronic Filing.

>  /s/*Henry A. Yaniz*
>  **HENRY A. YANIZ**
>  Florida Bar No.: 1049169

CASE NO.: 23-cv-22080-BECERRA/REID
Page 3

## SERVICE LIST

**MICHAEL C. BLACK**
Florida Bar No.: 0056162
mblack@marlaw.com
MICHAEL C. BLACK, P.A.
Dadeland Square at the Greenery Mall
7700 N. Kendall Drive, Suite 505
Miami, FL  33156
Telephone: (305) 271-8301
Facsimile:  (305) 271-8302
*Attorneys for Plaintiff*

**THOMAS SCOLARO**
Florida Bar No.: 178276
scolaro@leesfield.com
**EVAN M. ROBINSON**
Florida Bar No.: 1031473
robinson@leesfield.com
LEESFIELD SCOLARO, P.A.
2350 South Dixie Highway
Miami, FL 33133
Telephone: (305) 854-4900
Facsimile: (305) 854-8266
*Attorneys for Plaintiff*

**DAVID J. HORR**
Florida Bar No.:  310761
dhorr@admiral-law.com
**JUAN C. PEREZ, JR.**
Florida Bar No. 91581
jperez@admiral-law.com
**LOURDES M. CARDELLE**
Florida Bar No. 1039886
lcardelle@admiral-law.com
**HENRY A. YANIZ**
Florida Bar No.: 1049169
hyaniz@admiral-law.com
HORR, SKIPP & PEREZ, P.A.
Two Datran Center, Suite 1700
9130 South Dadeland Boulevard
Miami, FL 33156
Telephone: (305) 670-2525
Facsimile: (305) 670-2526
*Attorneys for Defendant*