UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Miami Division

Case No.: 23-CV-22080

MARIA HAMLIN,

    Plaintiff,

v.

CARNIVAL CORPORATION d/b/a
CARNIVAL CRUISE LINES,

    Defendant.

_____/

## PLAINTIFF'S MOTION TO WITHDRAW AS COUNSEL OF RECORD

COMES NOW the undersigned attorney, EVAN M. ROBINSON, pursuant to Local Rule 11.1(d)(3), and hereby files this Motion to Withdraw as Counsel of Record for the Plaintiff, MARIA HAMLIN, in the above referenced matter and states as follows:

1.    Plaintiff, MARIA HAMLIN, will continue to be represented by THOMAS SCOLARO, ESQUIRE and MICAHEL C. BLACK, ESQUIRE.

WHEREFORE, based on the foregoing, the undersigned respectfully requests this Court to enter an Order withdrawing EVAN M. ROBINSON, ESQUIRE and the firm of LEESFIELD & PARTNERS, P.A, f/k/a LEESFIELD SCOLARO, P.A. as counsel of record MARIA HAMLIN.

Respectfully submitted,

By: */s/ Evan M. Robinson*
**EVAN M. ROBINSON**
Fla. Bar No. 1031473
**LEESFIELD & PARTNERS, P.A.**
2350 South Dixie Highway
Miami, Florida 33133
Telephone: 305-854-4900
Facsimile: 305-854-8266
Robinson@leesfield.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF on April 18, 2024, which will provide a copy of the foregoing document to all counsel of record by CM/ECF and/or another means in accordance with the Federal Rules of Procedure.

By: /s/ *Evan M. Robinson*
**EVAN M. ROBINSON**
Fla. Bar No. 1031473